FILED
OCT 21 2011

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 11CR3331-GT |
| Plaintiff, ) | |
| ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| v. ) | |
| ALFREDO CERVANTES-SILVA, ) | |
| Defendant. ) | |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing Hearing in the above entitled case be continued from November 14, 2011 at 9:30 a.m. to November 18, 2011, at 9:30 a.m.

Date: Oct. 21, 2011

HONORABLE GORDON THOMPSON
United States District Court Judge